## Lewis Martin

*v.*

## The People of the State of Illinois.

Criminal law—*judgment on conviction for several offenses.* Where a defendant is convicted of several offenses under different counts of the same indictment, it is error to render judgment ordering the imprisonment of the defendant a gross number of days in all. It should fix the imprisonment for a specific number of days on each count on which a conviction is had, the imprisonment on the several counts to commence at the expiration of each preceding term.

WRIT OF ERROR to the Circuit Court of Champaign county; the Hon. C. B. SMITH, Judge, presiding.

This was an indictment against Lewis Martin for selling intoxicating liquors without a license, to be drunk on the premises where sold. The indictment contained twelve counts. On a trial, the defendant was found guilty, as charged in each of the twelve counts, and the court rendered judgment for a fine of $600, and ordered that the defendant be committed to the county jail for 180 days.

Messrs. SWEET & DAY, for the plaintiff in error

Mr. JAS. K. EDSALL, Attorney General, for the People.

Per CURIAM: The judgment in this case was fatally defective. The judgment for imprisonment was for 180 days in gross. It should have fixed the imprisonment for a specific number of days on each count on which the jury found the defendant guilty, the imprisonment on the several counts to commence at the expiration of each preceding term of imprisonment. This is the rule announced in the case of *People ex rel. Massy* v. *Whitson,* 75 Ill. ——. That case governs this.

The judgment of the court below is reversed and the cause remanded.

*Judgment reversed.*